**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| HG5873 INMATE, | : No. 24 MM 2020 |
| Petitioner | : |
| v. | : |
| LACKAWANNA COUNTY PA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" and "Leave of Court" are DENIED.